IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS VINCENT BULGER, | |
| Plaintiff | CIVIL ACTION NO. 17-04181 |
| v. | |
| NANCY A. BERRYHILL, | |
| Defendant | |

# ORDER

**AND NOW**, this 28th day of September, 2018, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Dkt. No. 15) filed February 20, 2018; upon consideration of Defendant's Response to Request for Review of Plaintiff (Dkt. No. 20) filed May 23, 2018; upon consideration of Plaintiff's Reply to Defendant's Response for Request for Review (Dkt. No. 21) filed June 4, 2018; and for the reasons expressed in the foregoing Memorandum,

**IT IS ORDERED** that the relief sought by Plaintiff is **DENIED**; and the decision of the Commissioner of Social Security is **AFFIRMED**.

BY THE COURT:

/s/ Henry S. Perkin
HENRY S. PERKIN,
United States Magistrate Judge